NUMBER 13-06-480-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


MARCELINO DAVILA, JR., Appellant,


v.



JIREH PRODUCE SALES, INC., Appellee.

___________________________________________________________________


On appeal from County Court at Law No. 1 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, MARCELINO DAVILA, JR., perfected an appeal from a judgment
entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number
CL-04-622-A. After the record and appellant's brief were filed, appellee filed a motion
to dismiss the appeal. In the motion, appellee states that the judgment from which
this appeal is taken is interlocutory since it does not dispose of its counterclaim. 
Appellee requests that the appeal be dismissed for want of jurisdiction. Appellant has
filed a response to appellee's motion.

 The Court, having considered the documents on file, appellee's motion to
dismiss the appeal, and appellant's response, is of the opinion that the motion should
be granted. Appellee's motion to dismiss is granted, and the appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 21st day of June, 2007.